## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

JOHN THOMAS BENJAMIN,

    Plaintiff,

    v.

MASON STILWELL, M.D., et al.,

    Defendants.

CIVIL ACTION NO. 4:26-CV-1242

(SAPORITO, J.)
(LATELLA, M.J.)

### ORDER

Now before the court is a report and recommendation of United States Magistrate Judge Leo A. Latella, in which he recommends that the *pro se* plaintiff's complaint (Doc. 1) be dismissed. (Doc. 5).

The plaintiff filed a complaint against the defendants on May 8, 2026. (Doc. 1). He also filed a motion for leave to proceed *in forma pauperis* on that same date. (Doc. 2). On May 11, 2026, the Court found that the plaintiff's complaint failed to state a basis for federal jurisdiction and allowed the plaintiff twenty-one days to file an amended complaint curing that deficiency. (Doc. 4). The plaintiff failed to file an amended complaint. Therefore, Judge Latella recommends dismissal of the plaintiff's complaint. (Doc. 5)

On July 2, 2026, the plaintiff filed objections to Judge Latella's

report and recommendation. (Doc. 6). The plaintiff's objections, however, to address Judge Latella's report and recommendation in any meaningful fashion. Therefore, following an independent review of the report and the record, and having afforded "reasoned consideration" to the uncontested and contested portions of the report, *E.E.O.C. v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017), we are satisfied "that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment. We find Judge Latella's analysis to be well-reasoned and fully supported by the record and applicable law. Accordingly, the court will adopt the report and recommendation in its entirety as the decision of the court.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1.    The report and recommendation of Judge Latella (Doc. 5) is **ADOPTED** in its entirety;

2.    The plaintiff's complaint (Doc. 1) is **DISMISSED without prejudice**; and

3.    The Clerk of Court shall close the case.

- 3 -

Dated: July __13__, 2026

*Joseph F. Saporito, Jr.*

JOSEPH F. SAPORITO, JR.
United States District Judge